**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| KULDEEP SINGH, | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. CIV-26-1083-J |
| MARKWAYNE MULLIN, et al., | ) | |
| Respondents. | ) | |

**ORDER**

Petitioner Kuldeep Singh, a citizen of India, is currently in the custody of the U.S. Immigration and Customs Enforcement. He has filed an Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 seeking release, or in the alternative, a second bond hearing. [Doc. No. 7]. The matter was referred to United States Magistrate Judge Shon T. Erwin who issued a Report and Recommendation [Doc. No. 14] recommending that the Court deny the Petition. The objection deadline has now passed and neither party has filed an objection, a motion, or otherwise communicated with the Court. The parties have therefore waived the right to appellate review of the factual and legal issues addressed in the Report and Recommendation. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

Upon review of the Report and Recommendation and the Immigration Judge's order denying bond [Doc. No. 10-4], the Court concurs with Judge Erwin's finding that Petitioner has not established a basis for relief. 8 U.S.C. § 1226(e); *Kumar v. De Anda-Ybarra*, No. CIV-26-164-R, 2026 WL 753944, at *1–2 (W.D. Okla. Mar. 17, 2026); *Makarevich v. Bondi*, No. 1:25-CV-01002-KG-JHR, 2025 WL 3653895, at *1 (D.N.M. Dec. 17, 2025). Accordingly, the Court

ADOPTS the thorough and well-reasoned Report and Recommendation [Doc. No. 14] and DENIES Petitioner's Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.[1]

A separate judgment will enter.

IT IS SO ORDERED this 8th day of October, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE

---

[1] The Court does not issue a certificate of appealability as one "is not required in order to appeal a final order in a proceeding under 28 U.S.C. § 2241" for a federal inmate. *Cano v. Holt*, No. CIV-25-01228-JD, 2026 WL 736461, at *14 (W.D. Okla. Mar. 16, 2026) (citation omitted) (declining to enter a certificate of appealability in a § 2241 immigration case).